UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH NIEMIEC and SUSAN NIEMIEC,

    Plaintiffs,

v.                                    Case No: 8:21-cv-2783-SDM-JSS

KNAUF GIPS KG and KNAUF PLASTERBOARD TIANJIN CO., LTD.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Approve Alternative Method of Service of Process ("Motion") (Dkt. 5). In the Motion, Plaintiff moves for an order allowing service of process on counsel for Defendants, by electronic means pursuant to Federal Rules of Civil Procedure 4(f)(3). Upon consideration of the Motion, and for good cause shown, Plaintiff's Motion to Approve Alternative Method of Service of Process (Dkt. 5) is **GRANTED**. Plaintiff is permitted to effectuate service of process on counsel for Defendants by electronic means pursuant to Federal Rules of Civil Procedure 4(f)(3).

**DONE** and **ORDERED** in Tampa, Florida, on December 20, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record